FILED
CLERK, U.S. DISTRICT COURT

SEP 19 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ mw _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>STEPHEN MITCHEL PATTERSON,<br><br>   Defendant. | Case No. CR 02-140(B)-MMM<br><br>**ORDER OF DETENTION**<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

  The defendant, having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his probation/supervised release; and

  The court, having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on (1) his lack of sufficient bail resources; (2) the instant allegations indicate that he is not amenable to supervision; and (3) defendant submitted to detention request.

  and/or

B.   ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on:_____

_____

   IT THEREFORE IS ORDERED, without prejudice, that the defendant be detained pending further revocation proceedings.

Dated: _____Sept. 19_____, 2008.

_____
Fernando M. Olguin
United States Magistrate Judge